| | | | |
|---|---|---|---|
| Painter–Francis v. Painter | 185 WDA 2016<br>Affirmed,<br>Reversed and<br>Remanded | 02/27/2017 | 5302 of 2008<br>(Westmoreland) |
| Com. v. Williams | 468 WDA 2016<br>Affirmed | 02/27/2017 | CP–25–CR–0003349–<br>2012<br>(Erie) |
| Painter v. Howard | 901 WDA 2016<br>Affirmed,<br>Reversed and<br>Remanded | 02/27/2017 | 235 of 2016<br>(Westmoreland) |
| Com. v. Crise | 1183 WDA 2016<br>Affirmed | 02/27/2017 | CP–65–CR–0001899–<br>2008<br>CP–65–CR–0004502–<br>2008<br>(Westmoreland) |
| Com. v. Crise | 1204 WDA 2016<br>Affirmed | 02/27/2017 | CP–65–CR–0004502–<br>2008<br>(Westmoreland) |
| Com. v. Foley | 1259 WDA 2016<br>Affirmed | 02/27/2017 | CP–32–CR–0001170–<br>2007<br>(Indiana) |
| Com. v. Graham | 1265 WDA 2016<br>Affirmed | 02/27/2017 | CP–25–CR–0003363–<br>2015<br>(Erie) |
| Com. v. Griffiths | 1410 WDA 2016<br>Affirmed | 02/27/2017 | CP–25–CR–0002122–<br>1998<br>(Erie) |
| Com. v. Morales | 39 EDA 2014<br>Vacated and<br>Remanded | 02/28/2017 | CP–51–CR–0001695–<br>2008<br>(Philadelphia) |
| Com. v. Glinka [20] | 1906 EDA 2015<br>Affirmed | 02/28/2017 | CP–51–CR–0012559–<br>2013<br>(Philadelphia) |
| Com. v. McCoy | 2115 EDA 2015<br>Affirmed | 02/28/2017 | CP–51–CR–0008542–<br>2008<br>(Philadelphia) |
| Com. v. Rodriguez | 2382 EDA 2015<br>Affirmed | 02/28/2017 | CP–51–CR–0004319–<br>2009<br>(Philadelphia) |
| Com. v. Boone | 3494 EDA 2015<br>Affirmed | 02/28/2017 | CP–23–CR–0003701–<br>2015<br>(Delaware) |
| Com. v. Boddie | 3734 EDA 2015<br>Affirmed | 02/28/2017 | CP–51–CR–0000248–<br>2015<br>(Philadelphia) |
| Com. v. Miller | 398 EDA 2016<br>Vacated and<br>Remanded | 02/28/2017 | CP–45–CR–0001172–<br>2015<br>(Monroe) |

20. Petition for reargument denied April 27, 2017.